GERMAINE GUNTZER, Respondent, *v.* COUNTY OF WESTCHESTER, Appellant.

Argued November 15, 1948; decided December 2, 1948.

*Arnold La Guardia, Anthony J. Caputo* and *Harry G. Herman* for appellant.

*John D. D'Apice, Frank J. Hand* and *Maurice W. Grady* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.